IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SANDRA LYNETTE WALLACE,            )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )     1:20CV825
                                    )
KILOLO KIJAKAZI[1],                 )
Acting Commissioner of Social Security, )
                                    )
    Defendant.                      )

**ORDER**

On January 28, 2022, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections, (ECF No. 18), within the time limit prescribed by Section 636 and Defendant responded, (ECF No. 19). The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 16), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment on the Pleadings, (ECF No. 11), is DENIED, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 13), is GRANTED, and that this action is DISMISSED with prejudice.

This, the 7th day of March 2022.

                                            /s/ Loretta C. Biggs
                                            United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew M. Saul as the Defendant in this suit. No further action need be taken to continue the suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).